## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

United States of America

v.

Juan Carlos Chaparro-Rodriguez

Citizen of Mexico

USM#: 72959-208          DOB: 1979

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed on or After November 1, 1987)

No. 07-10688-001M-SD

Lorna Spencer (AFPD)
Attorney for Defendant

ICE#: A74 417 099

**THE DEFENDANT ENTERED A PLEA OF** guilty on 10/25/2007 to Count TWO of the Complaint.

**ACCORDINGLY, THE COURT HAS ADJUDICATED THAT THE DEFENDANT IS GUILTY OF THE FOLLOWING OFFENSE(S):** violating Title 8, USC § 1325, Illegal Entry, a Petty offense, as charged in Count TWO of the Complaint.

**IT IS THE JUDGMENT OF THE COURT THAT** the defendant is hereby committed to the custody of the Bureau of Prisons for a term of FIFTY-FIVE (55) DAYS on Count TWO, with credit for time served.

### CRIMINAL MONETARY PENALTIES

The defendant shall pay to the Clerk the following total criminal monetary penalties:

**SPECIAL ASSESSMENT:** $Remitted     **FINE:** $     **RESTITUTION:** $

If incarcerated, payment of criminal monetary penalties are due during imprisonment at a rate of not less than $25 per quarter and payment shall be made through the Bureau of Prisons' Inmate Financial Responsibility Program. Criminal monetary payments shall be made to the Clerk of U.S. District Court, Attention: Finance, 880 Front Street, San Diego, California 92101. Payments should be credited to the various monetary penalties imposed by the Court in the priority established under 18 U.S.C. § 3612(c). The total special assessment of $Remitted shall be paid pursuant to Title 18, United States Code, Section 3013 for Count TWO of the Complaint.

Any unpaid balance shall become a condition of supervision and shall be paid within prior to the expiration of supervision. Until all restitutions, fines, special assessments and costs are fully paid, the defendant shall immediately notify the Clerk, U.S. District Court, of any change in name and address. The Court hereby waives the imposition of interest and penalties on any unpaid balances.

IT IS FURTHER ORDERED that the Clerk of the Court deliver two certified copies of this judgment to the United States Marshal of this district.

The Court orders commitment to the custody of the Bureau of Prisons.
The defendant is remanded to the custody of the United States Marshal.

Case 5:07-po-10688-JRI    Document 1    Filed 10/25/2007    Page 2 of 6

**07-10688-001M-SD**                                                                                    *Page 2 of 2*
USA vs. Juan Carlos Chaparro-Rodriguez

Date of Imposition of Sentence: **Thursday, October 25, 2007**

_____ Date 10/25/2007_____
JAY R. IRWIN, United States Magistrate Judge

**RETURN**

I have executed this Judgment as follows:_____

Defendant delivered on _____ to _____ at _____, the institution designated by the Bureau of Prisons, with a certified copy of this judgment in a Criminal case.

_____          By:_____
United States Marshal                                                    Deputy Marshal
07-10688-001M-SD -

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>Juan Carlos Chaparro-Rodriguez<br><br>    Defendant. | CASE NUMBER 07-10688M-SD<br><br>WAIVER OF REMOVAL HEARING |

I waive my right to have a Removal Hearing and agree that my case may be adjudicated in the Southern District of California.

DATED this 25th day of October, 2007.

X J CARLOS CHAPARRO R
Defendant

_____
Attorney for the Defendant

DATE: 10/25/2007　　　　CASE NUMBER: 07-10688-001M-SD

## PLEA/SENTENCING MINUTES

USA vs. Juan Carlos Chaparro-Rodriguez

U.S. MAGISTRATE JUDGE: JAY R. IRWIN　Judge #: 70BK

U.S. Attorney _____　　　INTERPRETER REQ'D Ricardo Gonzalez
　　　　　　　　　　　　　　　　　LANGUAGE: Spanish
Attorney for Defendant Lorna Spencer (AFPD)

DEFENDANT: ☒ PRESENT　☐ NOT PRESENT　☐ RELEASED　☒ CUSTODY

DOA 10/23/07　　　☒ Complaint Filed　　　☒ Appointment of counsel hearing held
☐ Financial Afdvt taken　☒ No Financial Afdvt taken　☐ Financial Afdvt sealed
☒ Initial Appearance

**DETENTION HEARING:**　☐ Held　☐ Cont'd　☐ Reset　☐ UA
Set for:　before:

☐ Defendant ordered temporarily detained in the custody of the United States Marshal
☐ Defendant ordered released (see order setting cond of rel)　☐ Bail set at $_____
☐ Defendant continued detained pending trial　☐ Flight Risk　☐ Danger

**PLEA HEARING:**　☒ Held　☐ Cont'd　☐ Reset
Set for: before:

☐ Consent to be tried by a Magistrate Judge signed　☐ Class A Misd　☐ Class B Misd　☐ Class C Misd
☐ Consent of Defendant　☐ Information filed _____　☐ Complaint filed _____
☒ Defendant sworn and examined by the Court　☒ Plea of Guilty　☐ Not Guilty　☒ Entered to Counts TWO
☐ Defendant states true name to be ____. Further proceedings ORDERED in defendant's true name.
☒ Plea of Guilty entered as to Ct(s) TWO of the ☐ Information ☐ Indictment ☒ Complaint
☒ Court recommends/or accepts defendant's plea and finds plea to be freely and voluntarily given.
☐ Plea agreement: ☐ Lodged ☐ Filed ☐ Sealed
☐ Court does not accept defendant's plea of guilty because _____
☐ PSI ORDERED　☐ EXPEDITED　☒ PSI waived　☐ Time waived for passage of sentence
☐ Continued for sentence to __ before _____
☒ To be dismissed upon entry of the judgment, Ct(s) ONE
☒ ORDER vacate trial date/motion hearing/mtns moot
☐ ORDER defendant remain released pending sentence　☒ remanded to USM

**SENTENCING:**
☒ Defendant committed to Bureau of Prisons for a period of 55 days　☐ Probation/Supervised Release for _____
☒ Special Assessment $ REMITTED　☐ Fine $_____　☐ Restitution $_____
Other: _____

RECORDED: CS
BY: Angela J. Tuohy, Deputy Clerk

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.
Juan Carlos CHAPARRO-Rodriguez
Citizen of Mexico
YOB: 1979
A74 417 099
Illegal Alien

CRIMINAL COMPLAINT

CASE NUMBER: 07-10688M-SD

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

### COUNT I

That on or about March 18, 2005, Defendant Juan Carlos CHAPARRO-Rodriguez was arrested and removed from the United States to Mexico through the port of Calexico, California, in pursuance of law, and thereafter on or about October 23, 2007, Defendant was found in the United States near Dateland, Arizona within the District of Arizona, the Secretary of the Department of Homeland Security not theretofore having consented to any reapplication by the Defendant for admission into the United States and after the Defendant had willfully and unlawfully returned and remained in the United States; in violation of Title 8, United States Code, Section 1326 (Felony).

Oct 15, 2007  JJ

### COUNT II

That on or about ~~March 28, 2005~~, within the Southern District of California, Defendant Juan Carlos CHAPARRO-Rodriguez, an alien, did enter the United States at a Designated Port of Entry by willfully false and misleading representations and the willful concealment of material facts, a misdemeanor, in violation of Title 8, United States Code, Section 1325 (Misdemeanor).

Continued on the attached sheet and made a part hereof.     ☒ Yes   ☐ No

Signature of Complainant
Artemio Garcia
Senior Patrol Agent

Sworn to before me and subscribed in my presence,

October 25, 2007                                at              Yuma, Arizona
Date                                                             City and State

Jay R. Irwin, U.S. Magistrate
Name & Title of Judicial Officer              Signature of Judicial Officer

## STATEMENT OF FACTUAL BASIS

Defendant: Juan Carlos CHAPARRO-Rodriguez

Dependents: 2 USC

**IMMIGRATION HISTORY:** The Defendant was last removed through Calexico, California on March 18, 2005.

**CRIMINAL HISTORY:**

| DATE/LOCATION | | OFFENSE | DISPOSITION |
|---|---|---|---|
| 03/02/05 | El Centro, CA | DUI, False info to PO, False ID, Obstruct PO | Unknown |
| 07/25/04 | San Bernardino, CA | FTA, Drive W/O license | Unknown |
| 01/19/03 | San Bernardino, CA | Battery | Unknown |
| 09/08/01 | Riverside, CA | Child Cruelty | Unknown |
| 01/02/01 | Calexico, CA | Oral False claim to USC | Removed from U.S. |
| 11/17/00 | South Gate, CA | Prostitution | Unknown |
| 06/25/00 | Los Angeles, CA | Burglary | Unknown |

Narrative: The Defendant, a citizen of Mexico and illegally within the United States, was encountered by Yuma Border Patrol agents near Dateland, Arizona.

The Defendant was questioned as to his citizenship and immigration status. From that questioning agents determined that the Defendant is an undocumented national of Mexico and illegally in the United States.

The Defendant was transported to the Yuma station for processing. During processing, questioning and computer record checks the above criminal and immigration information was obtained as it relates to this Defendant.

The Defendant last entered the United States illegally without inspection by misrepresenting or concealing material facts through Calexico, California on March 28, 2005.

Charges: 8 USC§1326 (Felony)
8 USC§1325 (Misdemeanor)

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,
October 25, 2007
_____
Date

_____
Signature of Judicial Officer